### RISON v. PARHAM.

### In re RISON'S, Incorporated.

#### (Circuit Court of Appeals, Fourth Circuit. January 13, 1915.)

#### No. 1284.

Petition to Superintend and Revise, in Matter of Law, Proceedings of the District Court of the United States for the Eastern District of Virginia, at Norfolk, in Bankruptcy; Edmund Waddill, Judge.

In the matter of Rison's, Incorporated, bankrupt. An order of the referee adjudging that a deed of trust was not a lien, and that the bond secured thereby should be delivered to the trustee, was affirmed by the District Court, and S. Isabel Rison files a petition to superintend and revise. Petition dismissed.

S. M. Brandt, of Norfolk, Va. for appellant.
James H. Corbitt, of Suffolk, Va., for appellee.

Before PRITCHARD, KNAPP, and WOODS, Circuit Judges.

KNAPP, Circuit Judge. For reasons stated in the opinion in No. 1295, Rison, Appellant, v. Parham, Trustee, Appellee, 219 Fed. 176, 134 C. C. A. 550, decided this day, the petition to superintend and revise will be dismissed. Dismissed.